1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   PRESCOTT COMPANIES, INC.,              CASE NO. 10cv107 BTM(BLM)

12                          Plaintiff,      **ORDER DENYING MOTION TO**
                                            **DISMISS AS MOOT**
13         v.

14   MT. VERNON FIRE INSURANCE
     COMPANY,
15                          Defendant.

16

17        On January 19, 2010, Defendant filed a motion to dismiss Plaintiff's Complaint for

18   failure to state a claim.  On January 26, 2010, Plaintiff filed a First Amended Complaint.  Due

19   to the filing of the amended complaint, Defendant's motion to dismiss is **DENIED AS MOOT**.

20   This order is without prejudice to any motions Defendant may wish to file in response to the

21   First Amended Complaint.  If Plaintiff files a motion to dismiss the First Amended Complaint

22   on or before February 5, 2010, Defendant may notice the motion for March12, 2010 at 11:00

23   a.m., the hearing date of Defendant's original motion to dismiss.

24   **IT IS SO ORDERED.**

25
     DATED:  January 27, 2010
26

27

28                                          Honorable Barry Ted Moskowitz
                                            United States District Judge

                                       1                              10cv107 BTM(BLM)